[No. 10696–1–I.  Division One.  December 27, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. LEZLIE
REPMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 81–1–00309–0, John E. Rutter, Jr., J.,
entered August 17, 1981. *Affirmed* by unpublished opinion
per Andersen, C.J., concurred in by Williams and Corbett,
JJ.

[No. 10142–1–I.  Division One.  December 27, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL
YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 80–1–00913–8, Dennis J. Britt, J.,
entered March 27, 1981. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Swanson and Corbett, JJ.

[No. 10547–7–I.  Division One.  December 27, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
LEE REED, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81–1–00964–2, Robert M. Elston, J., entered
July 21, 1981. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Andersen, C.J., and Williams,
J.